IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENRY HARMON, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 08-1866 |
| JOSEPH P. NISH, THE DISTRICT | : | |
| ATTORNEY OF THE | : | |
| COUNTY OF PHILADELPHIA, and | : | |
| THE ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA, | : | |
| Respondents. | : | |

# ORDER

AND NOW, this 21st day of February, 2013, after careful and independent consideration of the amended petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (paper no. 25), it is hereby **ORDERED** that:

1. The amended petition for a writ of habeas corpus is **DENIED**.

2. There is no basis for issuing a certificate of appealabillity.

/s/ Norma L. Shapiro
J.